PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kenyatta Brown                                   Cr.: 09-40
                                                                   PACTS Number: 51505

Name of Sentencing Judicial Officer: Honorable Dennis W. Shedd, U.S.D.J. (D/SC)

Name of Assigned Judicial Officer: Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 9/26/02

Original Offense: Conspiracy to Possess with Intent to Distribute and Distribution of 50 Grams of More of Cocaine Base, 21:846 and 21:841(a)(1)

Original Sentence: 121 months imprisonment, 5 years supervised release, drug testing/treatment, S/A $100

Date of Amended Sentence: 2/25/08

Amended Sentence: 97 months imprisonment, 5 years supervised release, drug testing/treatment, S/A $100

Type of Supervision: Supervised release                    Date Supervision Commenced: 10/27/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant shall contribute 60 hours of community service work over a period of 6 months or less to begin at the direction fo the U.S. Probation Office. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

> Kenyatta Brown has had numerous contacts with individuals convicted of felonies, via telephone and e-mail. However, there does not appear to be any discussion of current or future criminal activity. This community service sentence will serve as a sanction for violation of the conditions of supervised release.

Respectfully submitted,

By: Dana Hafner
U.S. Probation Officer
Date: 1/12/10

PROB 12B - Page 2
Kenyatta Brown

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____1/19/10_____
Date